**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Robert** | **Blaine** | **Frost** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Margaret** | **Alice** | **Frost** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number **9:21-bk-10295**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property                                                     12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.    **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.
**Rosmond Property**
**Rosmond, CA**

**Kern**
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,000.00 | $30,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Landowner**

☑ Check if this is community property
(see instructions)

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here.......................................................➔

| $30,000.00 |
|---|

| Debtor 1 | **Robert Blaine Frost** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Alice Frost** | Case number (if known) | **9:21-bk-10295** |

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |  |
|---|---|---|---|---|
| Make: | Chevrolet | ☐ Debtor 1 only | | |
| Model: | Impala | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2013 | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☐ At least one of the debtors and another | | |
| Other information: | | | **$5,000.00** | **$5,000.00** |
| **2013 Chevrolet Impala** | | ☑ **Check if this is community property** (see instructions) | | |

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |  |
|---|---|---|---|---|
| Make: | Ford | ☐ Debtor 1 only | | |
| Model: | F-350 Super Duty | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2014 | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☐ At least one of the debtors and another | | |
| Other information: | | | **$7,000.00** | **$7,000.00** |
| **2014 Ford F-350 Super Duty** | | ☑ **Check if this is community property** (see instructions) | | |

| 3.3. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |  |
|---|---|---|---|---|
| Make: | Buick | ☐ Debtor 1 only | | |
| Model: | Lucerne | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 2010 | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☐ At least one of the debtors and another | | |
| Other information: | | | **$3,500.00** | **$3,500.00** |
| **2010 Buick Lucerne** | | ☑ **Check if this is community property** (see instructions) | | |

| 3.4. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |  |
|---|---|---|---|---|
| Make: | Ford | ☐ Debtor 1 only | | |
| Model: | F-250 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | 1983 | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☐ At least one of the debtors and another | | |
| Other information: | | | **$600.00** | **$600.00** |
| **1983 Ford F-250** | | ☑ **Check if this is community property** (see instructions) | | |

| Debtor 1 | **Robert Blaine Frost** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Alice Frost** | Case number (if known) | **9:21-bk-10295** |

**4.   Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here.........................................** ➜   | **$16,100.00** |

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6.   Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....   | Household Goods & Furnishings |   $1,500.00

**7.   Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe.....

**8.   Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe.....   | Art, Books & Miscellaneous Items |   $250.00

**9.   Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

**10.   Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe.....   | See continuation page(s). |   $850.00

**11.   Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....   | Wearing Apparel |   $100.00

**12.   Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.....   | Wedding Ring |   $200.00

| Debtor 1 | **Robert Blaine Frost** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Alice Frost** | Case number (if known) | **9:21-bk-10295** |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes.  Describe.....

| 5 Cats | $100.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.................................................................** ➡ | **$3,000.00** |

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

*Current value of the portion you own?*
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.............................................................................................. Cash: ......................... | **$1,200.00** |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................ Institution name:

| 17.1. | Checking account: | **Checking account (Mechanic's Bank)** | **$800.00** |
|---|---|---|---|
| 17.2. | Checking account: | **Checking accounts (Bank of the Sierra)** | **$648.00** |
| 17.3. | Checking account: | **Checking account (Premier America)** | **$50.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them......................... Name of entity:                   % of ownership:

| Debtor 1 | **Robert Blaine Frost** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Alice Frost** | Case number (if known) | **9:21-bk-10295** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them.........................    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes.  List each
account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes...........................    Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...........................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☐ No
☑ Yes.  Give specific    | **Frost Family 2013 Revocable Trust** |    **Unknown**
information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them

**Money or property owed to you?**                    **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information                    Federal:
about them, including whether
you already filed the returns                    State:
and the tax years.....................
                    Local:

| Debtor 1 | **Robert Blaine Frost** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Alice Frost** | Case number (if known) | **9:21-bk-10295** |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

| | Alimony: | _____ |
|---|---|---|
| | Maintenance: | _____ |
| | Support: | _____ |
| | Divorce settlement: | _____ |
| | Property settlement: | _____ |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information

> Accounts Receivable
> 1. $3,600.00 for one-time appraisal consult
> 2. $950.00 grazing lease

$4,550.00

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value............   Company name:        Beneficiary:        Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................. ➜   **$7,248.00**

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

| Debtor 1 | **Robert Blaine Frost** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Alice Frost** | Case number (if known) | **9:21-bk-10295** |

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe.. _____  _____

**39.  Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes.  Describe.. **3 Storage Sheds**  **$1,200.00**

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe.. **See continuation page(s).**  **$17,700.00**

**41.  Inventory**

☐ No
☑ Yes.  Describe.. **See continuation page(s).**  **$6,600.00**

**42.  Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:  % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.  Describe.... _____  _____

**44.  Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here.................................................................................** ➔  **$25,500.00**

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No.  Go to Part 7.
☑ Yes.  Go to line 47.

Debtor 1   **Robert Blaine Frost**

Debtor 2   **Margaret Alice Frost**          Case number (if known)   **9:21-bk-10295**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No

☑ Yes.... **See continuation page(s).**      $103,000.00

**48. Crops--either growing or harvested**

☑ No

☐ Yes.  Give specific information...............

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☐ No

☑ Yes.... **Saddles & Tack**      $10,000.00

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes.  Give specific information...............

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here..........................................................** ➔ $113,000.00

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➔ $0.00

Debtor 1   **Robert Blaine Frost**

Debtor 2   **Margaret Alice Frost**                                    Case number (if known)   **9:21-bk-10295**

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

**55.  Part 1: Total real estate, line 2**.............................................................................................➜          $30,000.00

**56.  Part 2: Total vehicles, line 5**                                    $16,100.00

**57.  Part 3: Total personal and household items, line 15**                $3,000.00

**58.  Part 4: Total financial assets, line 36**                             $7,248.00

**59.  Part 5: Total business-related property, line 45**                 $25,500.00

**60.  Part 6: Total farm- and fishing-related property, line 52**       $113,000.00

**61.  Part 7: Total other property not listed, line 54**          +            $0.00

**62.  Total personal property.**   Add lines 56 through 61.................  | $164,848.00 |   Copy personal property total  ➜  +   $164,848.00

**63.  Total of all property on Schedule A/B.**   Add line 55 + line 62............................................................  | **$194,848.00** |

Debtor 1    **Robert Blaine Frost**

Debtor 2    **Margaret Alice Frost**                                    Case number (if known)   **9:21-bk-10295**

10.   <u>Firearms (details):</u>

   **Roberts 253 rifle**                                                                                 **$700.00**

   **John Wayne Memorabilia Rifle**                                                          **$150.00**

40.   <u>Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):</u>

   **Corral panels, handling equipment**                                                    **$5,000.00**

   **1 Tractor, John Deere Gator, Flat bed trailer, Gator Trailer**              **$7,700.00**

   **7 Water Storage Tanks**                                                                       **$5,000.00**

41.   <u>Inventory (details):</u>

   **Inventory in Storage Sheds**                                                                **$5,000.00**

   **4 Concrete Water Troughs**                                                                 **$1,600.00**

47.   <u>Farm animals (details):</u>

   **150 Cows, Calves & Bulls**                                                                 **$100,000.00**

   **2 Horses**                                                                                            **$3,000.00**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Robert** First Name | **Blaine** Middle Name | **Frost** Last Name |
| Debtor 2 (Spouse, if filing) | **Margaret** First Name | **Alice** Middle Name | **Frost** Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number (if known) **9:21-bk-10295**

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____      X _____
Robert Blaine Frost, Debtor 1        Margaret Alice Frost, Debtor 2

Date **05/28/2021**                  Date **05/28/2021**
MM / DD / YYYY                       MM / DD / YYYY